UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Government, | 24mj04316 |
| -against- | |
| VALKAR SINGH, | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant sought modification of the terms of his release on August 25, 2025, requesting that he be permitted to return to his family home in Ontario, Canada and to be relieved of the obligation to wear a location-monitoring device. Defendant filed a letter in further support of his application on September 4, 2025. The government opposed the application on September 5, 2025, arguing that Defendant is a risk of flight and that extradition from Canada is time- and resource-intensive. Defendant's conduct until now has demonstrated that the remaining conditions are sufficient to reasonably assure Defendant's appearance as required.

This order is stayed until Friday, September 19, 2025 by 12 PM to permit the government to seek further review.

DATED:  September 17, 2025
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge