```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 10/2/2025 | |

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
                                     :       25-CR-449 (VEC)
         -against-                   :
                                     :
VALKAR SINGH,                        :       ORDER
                                     :
                      Defendant.     :
                                     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS this case has been assigned to the Undersigned.

IT IS HEREBY ORDERED that the parties must appear for an arraignment and initial conference on **October 24, 2025, at 1:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. To the extent that the Government remains "shut down" on October 17, 2025, the Defendant may request to waive his appearance or to appear remotely.

**SO ORDERED.**

Date: October 2, 2025
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**