**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 3, 2025

**By ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025

     Re: <u>United States v. Valkar Singh</u>
         25-Cr-449 (VEC)

Dear Judge Caproni:

     I write to request that the Court modify Mr. Singh's bail conditions to (1) direct Pretrial Services to provide the Federal Defenders with Mr. Singh's passport; (2) permit the Federal Defenders to mail Mr. Singh's passport to his home on October 20; and (3) direct that Mr. Singh return his passport to Pretrial Services following his arraignment. The government has no objection.

     Mr. Singh is a Canadian citizen who currently resides in Ontario. In order to travel to New York for his October 24 arraignment, Mr. Singh needs his passport so that he can cross the border. He does not require his passport to travel back to Ontario after his arraignment, since Canadian citizens can enter Canada through a biometric identification system.

     In July, the last time Mr. Singh had to cross the border from Canada to the United States, the Magistrate Judge approved the following procedure: (1) Pretrial Services released Mr. Singh's passport to defense counsel, (2) defense counsel mailed the passport to Mr. Singh's home in Canada shortly before he needed to cross the border, and (3) Mr. Singh returned his passport to Pretrial Services after entering the United States. The procedure was executed successfully.

     It is therefore requested that the Court approve the same procedure so that Mr. Singh can travel to New York for his arraignment. I have discussed this request with the government, which has no objection.[1]

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by email): AUSAs Justin Horton and William Kinder

---

[1] I am requesting that Pretrial Services release the passport to the Federal Defenders immediately so that we can review the entry permission that was granted in July to determine if it is still active, or if we need to take further steps to secure Mr. Singh's entry in advance of the scheduled court date. I will not mail Mr. Singh's passport to him until October 20.

Application GRANTED.

SO ORDERED.

10/3/2025

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE