

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2025

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/14/2025__

Re:     *United States v. Valkar Singh*, 25 Cr. 449 (VEC)

Dear Judge Caproni:

The Government writes to request a three-week adjournment of the arraignment and initial conference in this matter, which is currently scheduled for October 24, 2025. As the Court is aware, the defendant is a Canadian citizen whose bail conditions permit him to reside at his home in Ontario, Canada. The undersigned have learned that for the defendant to be temporarily admitted into the United States to attend his arraignment and initial conference, as well as future court proceedings, he must be granted significant public benefit parole ("SPBP") by the Department of Homeland Security ("DHS"), pursuant to 8 U.S.C. § 1182(d)(5)(A). The prosecution team has submitted an SPBP application to DHS on the defendant's behalf and requested expedited review of the application. But due to the ongoing lapse in congressional appropriations, reviews of SPBP applications are significantly delayed, and the defendant's application will not be approved in time for the scheduled conference on October 24, 2025. Therefore, the Government respectfully requests that the defendant's arraignment and initial conference be adjourned for approximately three weeks. Counsel for the defendant consents to this request. The parties are both available during the afternoon of November 12, 2025, or any time on November 14, 2025, if the Court is available on those dates.

The Government presently anticipates that expedited review of the defendant's SPBP application should be complete by the week of November 10, 2025, notwithstanding the lapse in appropriations. Should there be continuing delays, the Government will promptly notify the defendant and the Court.

Application GRANTED. The arraignment and initial conference are adjourned to **November 14, 2025, at 2:30 p.m.** Time is excluded for the period between October 3, 2025, and November 14, 2025, pursuant to 18 U.S.C. § 3161(h)(3)(A).

SO ORDERED.                    10/14/2025

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
JAY CLAYTON
United States Attorney

by: ___/s/_____
    William C. Kinder / Justin Horton
    Assistant United States Attorneys
(212) 637-2394 / -2276

cc:  Michael Arthus, Esq. (by ECF)