**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 6, 2025

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025

Re:   *United States v. Valkar Singh*, 25 Cr. 449 (VEC)

Dear Judge Caproni:

Due to the continuing lapse in congressional appropriations, the defendant's application for significant public benefit parole remains pending and will not be approved by DHS before the November 14, 2025, the date of the arraignment and initial conference. The parties respectfully request that the arraignment and initial conference be adjourned until December 9, 2025, which the parties understand is available for the Court. Although the Speedy Trial clock does not begin to run until the defendant first appears on the charge in the indictment, *see United States v. Lynch*, 726 F.3d 346, 352-53 (2d Cir. 2013) (Speedy Trial clock triggered by post-indictment arraignment), out an abundance of caution, the Government respectfully requests that the Court exclude Speedy Trial time due to the defendant's unavailability, pursuant to 18 U.S.C. § 3161(h)(3)(A).

In addition, to facilitate the production of discovery materials, the Government requests that the Court enter the attached proposed protective order, to which counsel for the defendants have consented. *See* Exhibit A. Pursuant to Federal Rule of Criminal Procedure 16, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d). The Government submits that good cause justifies the issuance of a protective order in this case given the nature of the material to be disclosed, which includes personal identifying information of confidential sources and information related to an ongoing investigation.

Respectfully submitted,
JAY CLAYTON
United States Attorney

by: __/s/_____
William C. Kinder / Justin Horton
Assistant United States Attorneys
(212) 637-2394 / -2276

cc:   Michael Arthus, Esq. (by ECF)

Application GRANTED.  The date of the arraignment and initial conference is adjourned to **December 9, 2025, at 10:30 a.m.**  Time is excluded for the period between November 14, 2025, to December 9, 2025, due to the defendant's unavailability, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A).

SO ORDERED.                                    11/7/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE