UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

VALKAR SINGH,

                 Defendant.

-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/9/2025

25-CR-449 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 9, 2025, the parties appeared for a conference in the above-captioned case.

IT IS HEREBY ORDERED that the parties must appear **on February 27, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Mr. Singh may appear telephonically, and the Court will provide dial-in information to him via his counsel in advance of the conference.

IT IS FURTHER ORDERED that time is excluded for the period between December 9, 2025, and February 27, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Defendant's counsel to familiarize himself with the discovery in this case and determine a trial strategy, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  **December 9, 2025**
      **New York, NY**

_____
          **VALERIE CAPRONI**
     **United States District Judge**