

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 13, 2026

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2026
```

Re:   *United States v. Valkar Singh*, 25 Cr. 449 (VEC)

Dear Judge Caproni:

The Government understands that it will be unable to arrange for the defendant's ability to enter the United States in time for the status conference currently scheduled for Friday, February 27, 2026. The parties have conferred with each other and the Court's chambers, and the Government with the defendant's consent requests that the conference be adjourned to Friday, March 27, 2026, a date on which we understand the Court is available and that will provide adequate additional time to facilitate the necessary immigration arrangements.

The Government also moves with the defendant's consent to exclude time under the Speedy Trial Act from February 27, 2026 through March 27, 2026. The ends of justice served by such a continuance—*i.e.*, permitting the parties to continue their discussions about a potential pretrial disposition while leaving adequate time to prepare for trial if one remains necessary—outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,
JAY CLAYTON
United States Attorney

by:   /s/_____
William C. Kinder / Justin Horton
Assistant United States Attorneys
(212) 637-2394 / -2276

cc:   Michael Arthus, Esq. (by ECF)

---

Application GRANTED. The conference is adjourned to **Friday, March 27, 2026, at 10:00 a.m.**

Time is excluded for the period between February 27, 2026, and March 27, 2026, due to the defendant's unavailability, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A). This is also justified under 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the parties to discuss possible pretrial resolutions and prepare for a trial if one remains necessary, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.                             2/17/2026

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE