UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2026
```

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

VALKAR SINGH,

        Defendant.

-------------------------------------------------------------------X

25-CR-449 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on May 1, 2026, the Court held a change of plea hearing for Mr. Singh;

  WHEREAS Mr. Singh entered a plea of guilty to Count One of the Indictment, charging him with conspiracy to distribute and possess with intent to distribute mixtures and substances containing a detectable amount of isotonitazene in violation of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(C); and

  WHEREAS the Court accepted Mr. Singh's guilty plea.

  IT IS HEREBY ORDERED that Mr. Singh's sentencing will take place on **October 1, 2026, at 2:30 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Sentencing submissions are due no later than **September 10, 2026.**

**SO ORDERED.**

**Date:  May 1, 2026**
  **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**