# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

June 10, 2026

**By ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2026

**Re: United States v. Valkar Singh**
    **25-Cr-449 (VEC)**

Dear Judge Caproni:

I write to request that the Court adjourn the disclosure deadlines for the presentence report by thirty days. Neither the government nor Probation objects to this request.

Mr. Singh pled guilty to conspiracy to distribute narcotics, specifically a substance called "isotonitazene." That substance is not specifically listed in the Sentencing Guidelines. The government's position is that the substance is most analogous to fentanyl, whereas the defense's position is that fentanyl is not the appropriate comparison. The Second Circuit has not ruled on this issue. The determination of which substance isotonitazene most resembles will affect Mr. Singh's advisory guidelines range. Sentencing is scheduled for October 1.

The defense has retained an expert who is preparing a report about the chemical properties of isotonitazene. That report, however, will not be finalized until the first week of July. The first draft of the presentence report is currently due June 25, and I hope to provide the expert report to Probation before it finalizes its draft in order to help it make its guidelines calculation.

I have spoken to the assigned Probation Officer, who has no objection to a thirty-day adjournment of the disclosure deadlines so that she can review the expert report before finalizing the draft PSR. The government has no objection. It is therefore requested that the Court set the following disclosure deadlines for the PSR: first draft due July 27, and final draft due August 24.

Application GRANTED.

SO ORDERED.                6/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by email): AUSAs Justin
Horton and William Kinder